People of the State of Illinois, Plaintiff-Appellee, v. Thomas Hale, a/k/a Thomas Haight, Defendant-Appellant.

Gen. No. 53,096. (Abstract of Decision.)

First District, First Division.

October 27, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.